## IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC ANTHONY SMITH,
    Appellant,

vs.

THE STATE OF NEVADA,
    Respondent.

No. 78533

FILED

APR 29 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from "the Judgment/Order entered on the 03 day of March, 2019." Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Review of the district court docket entries does not indicate that an order was entered on March 3, 2019. To the extent that appellant appeals from the order denying a motion to remove all holds and warrants and denying a motion for telephonic appearance, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Jerome M. Polaha, District Judge
Eric Anthony Smith
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A